**Fill in this information to identify your case:**

Debtor 1    **Brian Joseph Domingue**
         First Name       Middle Name       Last Name

Debtor 2
(Spouse if, filing)    First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **B A M Construction, Inc.**<br>**PO Box 2087**<br>**Chalmette, LA 70044** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**American Express** |
| 3.2 | **B A M Construction, Inc.**<br>**PO Box 2087**<br>**Chalmette, LA 70044** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**Chase** |
| 3.3 | **Edward W. Domingue**<br>**721 W. 22nd Street**<br>**Houston, TX 77008** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**American Express** |

Debtor 1 **Brian Joseph Domingue**      Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | **Edward W. Domingue**<br>**721 W. 22nd Street**<br>**Houston, TX 77008** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.9**__<br>☐ Schedule G _____<br>**Chase** |
| 3.5 | **Michael A Domingue**<br>**3436 E St Bernard Hwy**<br>**Meraux, LA 70075** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.9**__<br>☐ Schedule G _____<br>**Chase** |
| 3.6 | **Michael A Domingue**<br>**3436 E St Bernard Hwy**<br>**Meraux, LA 70075** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**American Express** |
| 3.7 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ■ Schedule D, line __**2.1**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Ally** |
| 3.8 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**Amazon - Visa** |
| 3.9 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.4**__<br>☐ Schedule G _____<br>**Bank of America - Visa** |
| 3.10 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.5**__<br>☐ Schedule G _____<br>**Burkes** |
| 3.11 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.6**__<br>☐ Schedule G _____<br>**Capital One** |

Debtor 1  **Brian Joseph Domingue**  Case number *(if known)*

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.12 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.7**__<br>☐ Schedule G _____<br>**Capital One** |
| 3.13 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.8**__<br>☐ Schedule G _____<br>**Chase** |
| 3.14 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.10**__<br>☐ Schedule G _____<br>**Citi Card** |
| 3.15 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Edfinancial** |
| 3.16 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.13**__<br>☐ Schedule G _____<br>**JC Penny** |
| 3.17 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ■ Schedule D, line __**2.2**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Mr Cooper** |
| 3.18 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Navient** |
| 3.19 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.16**__<br>☐ Schedule G _____<br>**Navient** |

Debtor 1   **Brian Joseph Domingue**                               Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.20 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Nelnet** |
| 3.21 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**Old Navy Visa/SYNCB** |
| 3.22 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ■ Schedule D, line __**2.3**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Resource Bank** |
| 3.23 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ■ Schedule D, line __**2.4**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**RushMore** |
| 3.24 | **Michelle Domingue**<br>**131 Rue Esplanade**<br>**Slidell, LA 70461** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Shell Oil** |