IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **Domingue, Brian Joseph** | **18-13218**<br>**Section B** |
| DEBTOR(S) | CHAPTER 7<br>LIQUIDATION |

## OBJECTION TO MOTION TO LIFT STAY

**COMES NOW**, Barbara Rivera-Fulton, who respectfully represents:

1.

On 12/04/2018, debtor filed a Petition for Voluntary Relief under Chapter 7 of the United States Bankruptcy Code.

2.

Barbara Rivera-Fulton was thereafter duly appointed and qualified as Trustee in the captioned estate.

3.

The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(E).

4.

One the assets of this estate is real estate located at 173 Pebble Beach Dr., Slidell, LA 70458.

5.

A motion for relief from stay was filed by Dean Morris, LLP on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. The hearing on the motion is scheduled to take place on January 16, 2019.

6.

After questioning the debtor at the 341 Meeting of Creditors held on January 11, 2019, it appears as if there might be some equity in the property. The Trustee would like to investigate the value of the property.

7.

**WHEREFORE**, Trustee prays for an Order denying the Motion to Lift Stay.

Respectfully submitted,

s/ Barbara Rivera-Fulton
**Barbara Rivera-Fulton**
**Chapter 7 Trustee**
P.O. Box 19980
New Orleans, LA 70179
PH: (504) 373-5592