## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| IN RE: | : | CASE NO. 18-13218 |
|---|---|---|
| BRIAN JOSEPH DOMINGUE | : | SECTION "B" |
| DEBTOR | : | CHAPTER 7 |

### ORDER APPROVING EMPLOYMENT OF REAL ESTATE BROKER

Considering the foregoing *Ex Parte* Application to Employ Real Estate Broker ("Application") **(P-31)**;

**IT IS ORDERED** that the Application is GRANTED;

**IT IS FURTHER ORDERED** that trustee, Barbara Rivera-Fulton, ("Trustee"), is hereby authorized to employ Kenneth Rayer and Real Estate Resource Group, LLC ("RERG") as real estate broker in connection with the sale and marketing of 173 Pebble Beach Drive, Slidell, Louisiana 70458 ("Property") on the terms and conditions set forth in the Application and the Listing Agreement attached as Exhibit "A" thereto.

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, January 28, 2019.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge