## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-13218 |
| | : | |
| BRIAN JOSEPH DOMINGUE | : | SECTION "B" |
| | : | |
| DEBTOR | : | CHAPTER 7 |

## APPLICATION FOR EMPLOYMENT OF ATTORNEY

The application of Barbara Rivera-Fulton, trustee of the captioned estate ("Applicant" or "Trustee"), respectfully represents:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on December 4, 2018.

2. Applicant is the duly appointed trustee of the bankruptcy estate of the above-named Debtor and is now acting as such trustee.

3. Applicant requires the assistance of counsel so as to enable him to perform properly his functions as Trustee. Specifically, the retention of attorneys is necessary in connection with the following matters:

   A. To assist the Trustee with (i) the review of liens and security interests on two pieces of immovable property (the Debtor's residence and a rental property) belonging to the estate, (ii) preparing and filing the appropriate pleadings to obtain a real estate broker to market and list the property, (iii) preparing and filing the appropriate pleadings to obtain approval of any agreed upon sale, (iv) review of any closing documents in connection with any agreed upon sale, and (iii) all other legal matters relating to the closing of the sale and distribution of the proceeds to creditors

   B. To act as general counsel for Applicant and to assist Applicant in evaluating other bankruptcy issues affecting the estate;

   C. To investigate and prosecute any actions subject to avoidance and/or recovery under the Bankruptcy Code and/or state law;

D. To assist the Trustee in investigating and pursuing any other causes of action that the Debtor or estate may have;

E. To advise and consult with Applicant concerning questions arising in the conduct of the administration of the estate and concerning Applicant's rights and remedies with regard to the estate's assets and the claims of secured, priority and unsecured creditors and other parties in interest, except as set forth in the attached declaration; and

F. To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate.

4. The Trustee has conferred with, and now desires to employ, the firm of Chaffe McCall, LLP to handle all aspects of the foregoing legal issues.

5. The Trustee has selected the firm of Chaffe McCall, LLP because of the extensive experience and knowledge of the firm's partners and associates in the field of bankruptcy, insolvency, Debtors' and creditors' rights, and commercial litigation. Accordingly, the Trustee believes that these attorneys are well qualified to represent the Trustee in this Chapter 7 liquidation case.

6. To the best of the Trustee's knowledge, the law firm of Chaffe McCall, LLP represents no other entity in connection with this case, is disinterested as that term is defined in 11 U.S.C. § 101(13), and represents or holds no interest adverse to the estate.

7. To the best of the Trustee's knowledge, information, and belief, the firm of Chaffe McCall, LLP has no connection with the Debtor, the creditors, or any party in interest, or their respective attorneys and accountants except as noted on the Declaration of Proposed Attorney attached hereto.

8. The firm has indicated its willingness to act on the Trustee's behalf and to be compensated in accordance with the terms and conditions set forth below:

    A.    The professional services rendered will be subject to approval of the Court upon submission of an appropriate fee application. The firm has agreed to bill the following rates for the following experience levels within the firm:

        David J. Messina             - $375.00
        Fernand L. Laudumiey, IV    - $300.00

    Other attorneys at Chaffe McCall, LLP may also assist in the representation of the Trustee in this case, and such time will be billed at the standard rate of such attorneys for their experience level, subject to ultimate approval by this Court.

    B.    Over and above whatever attorney's fees are granted in accordance with A above, the firm will be reimbursed for actual out-of-pocket disbursements and expenses incurred upon submission of a fee application properly documenting such reasonable and necessary expenses.

9.    Based upon the foregoing, the Trustee submits that the employment of Chaffe McCall, LLP as counsel for the Trustee under the terms and conditions set forth above would be in the best interests of the estate and creditors herein.

**WHEREFORE**, your Applicant prays that his employment of Chaffe McCall, LLP to represent Applicant in this case on the terms set forth herein be approved pursuant to Bankruptcy Code §§ 327, and that he have such other and further relief as is just.

                                          By: */s/ Barbara Rivera-Fulton*
                                              Barbara Rivera-Fulton
                                              P.O. Box 19980
                                              New Orleans, LA 70179
                                              Telephone: (504) 373-5592

## **CERTIFICATE**

I certify that a copy of the foregoing Application for Employment of Attorney with Annexed Declaration of Proposed Attorney and Proposed Order was this day mailed, postage prepaid, to the following parties:

    Wilbur J. Babin, Jr.
    3027 Ridgelake Drive
    Metairie, LA 70002

    Office of the U.S. Trustee
    400 Poydras Street
    Suite 2110
    New Orleans, LA 70130

    Brain Joseph Domingue
    131 Rue Esplanade
    Slidell, LA 70461

January 31, 2019

                                          By: */s/ Fernand L. Laudumiey, IV*
                                                 Fernand L. Laudumiey, IV

3325521-1

## **DECLARATION OF PROPOSED ATTORNEY**

I, Fernand L. Laudumiey, IV, declare under penalty of perjury that the information provided below is true and correct to the best of my knowledge, information and belief:

1. I am an attorney at law admitted to practice before this Court and am a partner of the law firm of Chaffe McCall, LLP ("Chaffe" or "firm") with offices in Baton Rouge at 103 Two United Plaza, 8550 United Plaza Blvd., Baton Rouge, Louisiana 70809, in New Orleans at 2300 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163-2300, in Lake Charles at One Lakeshore Drive, Suite 1750, Lake Charles, Louisiana 70629, and in Houston, Texas at 801 Travis Street, Suite 1910, Houston, Texas 77002.

2. To the best of my knowledge, neither I, my firm, nor any partner or associate thereof, insofar as I have been able to ascertain, represents any interest adverse to that of the estate, the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee in the matters upon which the law firm is to be engaged.

3. Neither I, my firm, nor any partner or associate thereof, insofar as I have been able to ascertain, has any connection with the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

*Chase Bank* The law firm currently represents Chase Bank and its affiliates in matters unrelated to this bankruptcy case, and may represent Chase Bank, and its affiliates in future matters unrelated to this bankruptcy case. Our law firm has not represented Chase Bank and its affiliates in matters related to this bankruptcy case, nor will any partners or associates of the firm represent Chase Bank and its affiliates in matters related to this bankruptcy case or have any involvement in the determination of the allowability of any claim asserted by Chase Bank against the estate.

*Capital One* The law firm currently represents Capital One and its affiliates in matters unrelated to this bankruptcy case, and may represent JP Morgan Capital One and its affiliates in future matters unrelated to this bankruptcy case. Our law firm has not represented Capital One and its affiliates in matters related to this bankruptcy case, nor will any partners or associates of the firm represent JP Capital One and its affiliates in matters related to this bankruptcy case or have any involvement in the determination of the allowability of any claim asserted by Capital One against the estate.

*Resource Bank* The law firm has previously represented Resource Bank in matters unrelated to this bankruptcy case, and may represent Resource Bank in future matters unrelated to this bankruptcy case. Our law firm has not represented Resource Bank in matters related to this bankruptcy case, nor will any members or

3325521-1

associates of the firm represent Resource Bank. in matters related to this bankruptcy case.

*Dean Morris* The law firm has previously represented Dean Morris in matters unrelated to this bankruptcy case, and may represent Dean Morris in future matters unrelated to this bankruptcy case. Our law firm has not represented Dean Morris in matters related to this bankruptcy case, nor will any members or associates of the firm represent Dean Morris. in matters related to this bankruptcy case.

Based upon the review of the list of creditors by me and by other partners of the firm with extensive knowledge of the firm's clients, we are not aware of any other representation by the firm of any persons with claims against or interests in the Debtor. However, Chaffe, its partners, counsel, and associates may have in the past represented, currently represent, and may in the future represent, in matters totally unrelated to the pending chapter 7 case, other entities which hold claims against the Debtor. Chaffe has a large and diversified legal practice that encompasses the representation of many individuals, financial institutions, and commercial corporations, some of which may be claimants in the Debtor's chapter 7 case or otherwise have an interest in such case. As part of its practice, Chaffe appears in cases, proceedings, and transactions involving many different attorneys and accountants, some of whom may represent claimants and parties in interest in these cases. Chaffe does not represent any such entity in connection with the pending chapter 7 case or have any relationship with any such entity, attorneys, or accountants that would be adverse to the estate.

4. Based on the foregoing, we believe the firm of Chaffe McCall, LLP is a "disinterested person" within the meaning of § 101 and § 327 of the Bankruptcy Code.

5. Neither I, my firm, nor any partner or associate thereof, insofar as I have been able to ascertain, is related to the Trustee by affinity or consanguinity within the third degree as determined by the common law, or is in a step or adoptive relationship within such degree.

6. Chaffe has not shared or agreed to share compensation received from the estate with any other entity other than with partners, counsel, and associates of Chaffe.

January 31, 2019.

        Respectfully submitted,

        CHAFFE McCALL, LLP
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-2300
        Telephone: (504) 585-7000

        By: */s/ Fernand L. Laudumiey, IV*
           David J. Messina, #18341
           Fernand L. Laudumiey, IV, #24518
           ***Attorneys for Barbara Rivera-Fulton, Trustee***

3325521-1