UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
BROWN, J.
FEBRUARY 20, 2019

IN RE

**BRIAN JOSEPH DOMINGUE**

DEBTOR(S)

**BANKRUPTCY NO.
18-13218
SECTION "B"**
CHAPTER 7

This matter was to come before the Court on February 20, 2019 as a hearing on the motion of Nationstar Mortgage, LLC d/b/a Mr. Cooper for relief from the stay **(P-18)** and on the objection filed by the Trustee **(P-23).**

At the request of counsel, the hearing is continued to **WEDNESDAY, MARCH 20, 2019 AT 9:00 A.M.**, said date and time being agreeable to counsel.

**IT IS FURTHER ORDERED** that the stay remain in full force and effect until further order of the Court.

New Orleans, Louisiana, February 20, 2019.

*J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE